# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUNITA BHANDARI** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 19-1641** |
| **v.** | : | |
| | : | |
| **UNITED AIRLINES** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 4th day of December 2020, upon consideration of Defendant United Airlines' *motion for summary judgment*, [ECF 25], to which Plaintiff Sunita Bhandari has not responded, it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion for summary judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendant United Airlines and against Plaintiff Sunita Bhandari.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*